# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 12, 2014

### NO. 03-14-00037-CV

**Manouchehr Ziari, SAIF Corporation d/b/a Ace Taxi, and Ace Taxi, Appellants**

**v.**

**The City of Austin, Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on October 23, 2013. Having reviewed the record, the Court holds that Manouchehr Ziari, SAIF Corporation d/b/a Ace Taxi, and Ace Taxi have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.